In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-087 CR


____________________



RONALD CARROLL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 99675






MEMORANDUM OPINION


 

 A jury found appellant Ronald Carroll guilty of indecency with a child and assessed
punishment at five years of confinement. (1)

 Carroll's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On July 31, 2008, we granted an extension of time for appellant to file a pro se brief. 
We received no response from appellant.

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). We affirm the trial court's judgment. (2)

 AFFIRMED.


 

 STEVE McKEITHEN

 Chief Justice


Submitted on December 12, 2008

Opinion Delivered December 17, 2008

Do Not Publish


Before McKeithen, C.J., Kreger and Horton, JJ.
1. The trial court's judgment recites that the victim was sixteen years old at the time of
the offense; however, the record indicates that the victim was eleven years old at the time of
the offense.
2. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.